# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WESLEY S. RICKS

NO. 2024 KW 1229

FEBRUARY 24, 2025

---

In Re: Wesley S. Ricks, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 24-WCR-407.

---

BEFORE: McCLENDON, C.J., LANIER AND BALFOUR, JJ.

WRIT DENIED. A pleading's nature is determined by its substance and not its caption. **Mormon v. Caldwell**, 2010-0968 (La. App. 1st Cir. 12/22/10), 2010 WL 5465619, *3 (unpublished), writ denied, 2011-0162 (La. 12/2/11), 76 So.3d 1164. Although relator captioned his pleading as an "Application for Habeas Corpus," the remedy he seeks is in the nature of a request for postconviction relief. See La. Code Crim. P. art. 924(1). This court has consistently held habeas corpus is not available to contest the validity of a conviction or to have a sentence set aside. Rather, such claims are considered requests for post-conviction relief. **Runnels v. Louisiana Dep't of Pub. Safety & Corr.**, 2023-0524 (La. App. 1st Cir. 11/9/23), 2023 WL 7402418 (unpublished), writ denied, 2023-01338 (La. 1/17/24), 377 So.3d 246. Applications for postconviction relief shall be filed in the parish in which the petitioner was convicted. La. Code Crim. P. art. 925. Relator was convicted in Morehouse Parish, but filed his petition for habeas corpus in West Feliciana Parish. Accordingly, the district court correctly denied relator's petition. Relator should file his pleading with the Fourth Judicial District Court, which is the proper venue.

PMc
WIL
KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT